■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN MUNOZ, Appellant. [918 NYS2d 48]—

Concur—Gonzalez, P.J., Tom, Andrias, Renwick and Abdus-Salaam, JJ.